IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MATTHEW MALCOLM KLEINMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03-1723-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MULTNOMAH COUNTY; MULTNOMAH | ) | |
| COUNTY DISTRICT ATTORNEY'S OFFICE; | ) | |
| MICHAEL D. SCHRUNK; HAL FRESHAUER; | ) | |
| ROBBIE THOMPSON; CITY OF PORTLAND; | ) | |
| PORTLAND POLICE BUREAU; STEVEN OTT; | ) | |
| JOHN NELSON; HEIDI HALL; LEON | ) | |
| LEFEBVRE; KENT B. SCOTT; DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

Michael E. Rose
Steenson, Schumann, Tewksbury,
Creighton and Rose, P. C.
500 Yamhill Plaza Building
815 S. W. Second Avenue
Portland, Oregon  97204

Page 1 - ORDER

Laird Palmer
P. O. Drawer P
Mason, Texas  76856

       Attorneys for Plaintiff

Hardy Myers
Attorney General
Marc Abrams
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301-4096

William W. Manlove
Office of City Attorney
1221 S. W. Fourth Avenue, Room 430
Portland, Oregon  97204

       Attorneys for Defendants


KING, Judge:

I grant in part and deny in part the motions to strike (#190,192).  I grant Schrunk's motion

for summary judgment (#117), and the City defendants' motion for summary judgment (#126).

This case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this    28th    day of July, 2005.


              /s/ Garr M. King
              Garr M. King
              United States District Judge